IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-cv-20996-Ungaro

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROSABEL GONZALEZ, | ) |
| a/k/a ROSABEL GONZALEZ-FONT, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court, having granted Plaintiff's Motion for Judgment on the Pleadings, and having found that Defendant Rosabel Gonzalez illegally procured her naturalization as a United States citizen, ORDERS as follows:

1. Defendant Rosabel Gonzalez's December 19, 2006 naturalization is revoked, and the Certificate of Naturalization No. 29494657 issued to Ms. Gonzalez is cancelled. Ms. Gonzalez is no longer a naturalized United States citizen.

2. Ms. Gonzalez is forever restrained and enjoined from claiming or exercising any rights, privileges, or advantages of United States citizenship based on her December 19, 2006 naturalization.

3. Ms. Gonzalez is forever restrained and enjoined from claiming or exercising any rights, privileges, or advantages of United States citizenship under any document that evidences United States citizenship based on her December 19, 2006 naturalization.

1

4. Ms. Gonzalez shall immediately surrender and deliver to the United States Attorney General her original Certificate of Naturalization No. 29494657, any United States passport issued to her, and any other indicia of United States citizenship, including any copies thereof, in her possession or control. Ms. Gonzalez shall immediately make good faith efforts to recover and then surrender to the United States Attorney General any and all of the above-described items that she knows are in the possession of others.

5. Ms. Gonzalez shall deliver the items described above (her original Certificate of Naturalization, her original United States passport, any other indicia of United States citizenship, and all copies thereof) to the United States Attorney General by sending them to the United States Attorney General's representative at the following address: Troy Liggett, United States Department of Justice, P.O. Box 868, Ben Franklin Station, Washington, DC 20044.

6. The Court sets a compliance hearing for **Nov 18**, 2016, at **2:30 P.M.** Ms. Gonzalez, her counsel, and counsel for Plaintiff shall personally appear at that hearing. At the hearing, Ms. Gonzalez shall demonstrate that she has complied with the Judgment, or show cause for her failure to comply. If Ms. Gonzalez retains possession or control of any indicia of citizenship at the time of the hearing, she or her counsel shall bring those materials with her to the hearing. If, prior to the hearing, Plaintiff is satisfied that Ms. Gonzalez has complied with this Judgment, Plaintiff shall provide notice requesting the Court to vacate the hearing.

DONE AND ORDERED in Miami, Florida, this 20 day of Oct., 2016.

_____
URSULA UNGARO
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record via CM/ECF